UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHRYN S. FLAIM,<br>　　　　Defendant. | :<br>:<br>:<br>:  No. 5:25-cv-1498<br>:<br>:<br>: |

# O R D E R

**AND NOW,** this 31st day of October, 2025, upon consideration of the Government's Motion for Summary Judgment, filed September 23, 2025, *see* ECF No. 24, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Plaintiff and against Defendant in the amount of **two hundred and four thousand, four hundred and sixty-six dollars and fifty-four cents ($204,466.54)**, plus post-judgment interest at the statutory rate,[1] from September 29, 2025, until paid in full.

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] "Interest shall be allowed on any money judgment in a civil case recovered in a district court." 28 U.S.C. § 1961(a).